### 19116. PAYNE *v.* JONES, Executrix.

HEAD, Justice. 1. The rulings of this court on the former appearance of the present case, whether right or wrong, have become the law of the case.

2. The amendment filed subsequently to the former judgment is insufficient to meet the deficiency in the defendant's pleadings under the former rulings in the cause, and the court did not err in striking the answer on motion, or in thereafter directing a verdict for the plaintiff.

*Judgment affirmed. All the Justices concur.*

ARGUED OCTOBER 10, 1955—DECIDED JANUARY 9, 1956—
REHEARING DENIED FEBRUARY 16, 1956.

*Johnson & Johnson, Hammond Johnson,* for plaintiff in error.
*Telford, Wayne & Smith,* contra.